IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DEVERN E. PHILLIPS,<br><br>　　　　　　　　Defendant. | 8:24CB1<br><br>ORDER |

　　　　This matter is before the court on Government's Motion to Dismiss (Filing No. 2). Government's Motion to Dismiss (Filing No. 2) is granted. This case which involves, Violation Notices 9182833-NE14, 9182834-NE14, and 9182835-NE14 is dismissed. The Initial Appearance - CVB set for 1/30/2024 at 9:00 AM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis is canceled.

　　　　Dated this 23rd day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge